AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__          DISTRICT OF          __MASSACHUSETTS__

UNITED STATES

V.

**GLORIA RANKIN**

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case

I certify that I am admitted to practice in this court.

__February 3, 2005__
Date

Signature

__Paul Hart Smyth__          __634600__
Print Name                     Bar

__1550 Main Street__
Address

__Springfield__          __MA__   __01103__
City                State       Zip Code

Phone Number                    Fax