UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 42 U.S.C.§ 408(a)(3): False |
| | ) | Statement for Use in |
| v. | ) | Determining Rights to Social |
| | ) | Security Benefits (Count One) |
| | ) | |
| | ) | 42 U.S.C. § 408(a)(4): Social |
| | ) | Security Fraud (Count Two) |
| | ) | |
| Gloria Rankin, | ) | 42 U.S.C. § 408(a)(5):Social |
| | ) | Security Representative Fraud |
| Defendant | ) | (Count Three) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE:**    Title 42, United States Code, Section 408(a)(3): False Statement for Use in Determining Rights to Social Security Benefits

On or about July 9, 2002, in Hampden County, in the District of Massachusetts,

GLORIA RANKIN,

the defendant herein, made or caused to be made a false statement and misrepresentation of a material fact for use in determining the defendant's right to receive payments on behalf of five minor children under Title II of the Social Security Act, as amended, in that on a Social Security Act ("SSA") application, *Request to be Selected as Payee (SSA Form 11)*, the defendant falsely

represented that the five minor children lived with her at 748 State Street, Springfield, Massachusetts.

All in violation of Title 42, United States Code, Section 408(a)(3)

**COUNT TWO:**   Title 42, United States Code, Section 408(a)(4): Social Security Fraud

Beginning in or around September 1994, and continuing until in or around May 2003, in Hampden County, in the District of Massachusetts,

GLORIA RANKIN,

the defendant herein, having knowledge of the occurrence of an event affecting her initial or continued right to receive Social Security payments on behalf of five minor children, concealed and failed to disclose such event with an intent to fraudulently secure payment when no payment to the defendant was authorized. Specifically, the defendant intentionally concealed and failed to disclose that the five minor children were removed from her care and custody by the Massachusetts Department of Social Services in 1994. By such action, the defendant received approximately $25,000.00 in Social Security payments to which she was not entitled.

All in violation of Title 42, United States Code, Section 408(a)(4).

**COUNT THREE**:    Title 42, United States Code, Section 408(a)(5):
Social Security Representative Fraud

Beginning in or around September 1994, and continuing until in or around May 2002, in Hampden County, in the District of Massachusetts,

GLORIA RANKIN,

the defendant herein, having made application to receive payments under Title II of the Social Security Act, as amended, for the use and benefit of five minor children, and having received such payments, did knowingly and willfully convert such payments for her own use rather than for the use and benefit of the above listed beneficiaries.

All in violation of Title 42, United States Code, Section 408(a)(5).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: _at 3:19pm_ February 3, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT