AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

## NOTICE

V.

GLORIA RANKIN                          CASE NUMBER:   05-30003-MAP

TYPE OF CASE:

☐ **CIVIL**          ☒ **CRIMINAL**

☒   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |
| | February 22, 2005, at 2:00 p.m. |

TYPE OF PROCEEDING

### INITIAL APPEARANCE AND ARRAIGNMENT

☐   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 4, 2005                          /s/ Bethaney A. Healy

DATE                                     (BY) DEPUTY CLERK

TO:    All counsel of record
       Gloria Rankin
       Pretrial Services Office