AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number: 05-30005 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gloria Rankin

_3-22-05_
Date

_M.E.H..._
Signature

Mickey E. Harris
Print Name

1350 Main St - 10th Fl.
Address

Springfield    Ma    01103
City            State           Zip Code

413-731-5800
Phone Number