UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   CRIMINAL NO. 05-30005-MAP |
| | ) |
| | ) |
| GLORIA RANKIN, | ) |
|     Defendant. | ) |

### THE GOVERNMENT'S AND THE DEFENDANT'S STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Mickey Harris, defense counsel for Gloria Rankin, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States to the defendant. The defendant has not yet requested additional discovery. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from arraignment, March

17, 2005, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

    5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

    6.   The parties agree that it is premature to establish a final status conference at this time.

    7.   Attorney Mickey Harris has reviewed the above document and agreed to the above listed terms and conditions.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  /s/ Paul Hart Smyth
                            _____
                            Paul Hart Smyth
                            Assistant U.S. Attorney


                            _____
                            Mickey Harris, Esq.
                            Counsel for Gloria Rankin