UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30005-MAP |
| | ) | |
| GLORIA RANKIN, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
May 23, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day and in accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Scheduling Order issued this day.

2. The court has scheduled a final Status Conference on June 14, 2005.

3. The parties – and the court – have agreed and determined that no time has run on the Speedy Trial Clock through today. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge