UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>GLORIA RANKIN, )<br>Defendant ) | Criminal Action No. 05-30005-MAP |

FINAL STATUS REPORT
June 23, 2005

NEIMAN, U.S.M.J.

The court held a final status conference on June 13, 2005, and in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A change of plea is likely. An initial pretrial conference has been scheduled for July 7, 2005, at 2:30 p.m. in Courtroom I.

2. Defendant does not intend to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. There are no other matters relevant to the progress or resolution of the case.

/s/    Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge