UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**GLORIA RANKIN,** )<br>    Defendant. )<br>) | CRIMINAL NO. 05-cr-30005-MAP |

## MOTION FOR AN ORDER OF EXCLUDABLE DELAY
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant, through her counsel Attorney Mickey Harris, respectfully move for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(8) from July 7, 2005 through the scheduled plea date, September 21, 2005. In support of this motion the government states the Defendant Attorney Harris has requested more time to review the substantial documentary evidence with the Defendant.

It is in the best interests of the Defendant (for reasons including the continuity of counsel), the government, and the public, to exclude the time from July 7, 2005, until September 21, 2005 from the period within which the trial of this case must commence under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul Hart Smyth

                                                                          _____  
                                                                          Paul Hart Smyth  
                                                                           Assistant U.S. Attorney

Dated: July 7, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              July 7, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Attorney Mickey Harris, 1350 Main Street, Springfield, MA.

                                          Paul Hart Smyth
                                          Assistant U.S. Attorney