UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 05 - 30005 - MAP

GLORIA RANKIN

                         Defendant

                                         **MOTION TO CONTINUE SENTENCING**

PONSOR    DJ

      Now comes the Defendant who, by and through her undersigned attorney, respectfully moves this Honorable Court to continue the sentencing date from the currently scheduled date of February 9, 2006 to a date convenient to the court beyond April 1, 2006.

      As reasons for this request Counsel cites the interests of justice and the following:

      a.    the Defendant was scheduled to be interviewed by Ms. Kelly Foster of Probation Services on November 16, 2005 at 11:00 a.m. for the purpose of developing a "pre-trial sentencing report".

      b.    The Defendant did not appear for her scheduled appointment due to her personal illness.

      c.    After conferring with Ms. Foster the earliest date the Defendant can be scheduled for the "pre-trial sentencing interview" is December 22, 2005.

      d.    In light of the pending work load of Probation Services, Ms. Foster is suggesting she can complete her report by April 1, 2006.

e. It is the professional opinion of Counsel that the parties will not be negatively prejudiced by the allowance of this motion.

Gloria Rankin,<br>
By Her Attorney,<br>
<br>
_____<br>
Mickey E. Harris<br>
1350 Main Street 10th Flr<br>
Springfield, MA 01103<br>
(413) 731-5800<br>
(413) 732-5828 fax<br>
BBO # 563818

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this motion on the U.S. Pre-trial Services Department by transmitting same via facsimile to telephone number 413-785-0264 on this date.

I further certify that I served a copy of this motion on Assistant U.S. Attorney Paul Smyth by transmitting same via facsimile to telephone number 413-785-0394 on this date.

Date: 11/22/05

_____
Mickey E. Harris, Esq.